IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN COLE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 06 C 0719 |
| ) | |
| DKBM, INC., DAVID KIM, individually, and ) | Magistrate Judge Ashman |
| GREENERS, INC., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

This matter coming before the Court for a prove-up of Plaintiff's damages following entry of an Order of Default against Defendants, Notice having been given to Defendants, the Court having reviewed the Declaration of Plaintiff,

IT IS HEREBY ORDERED that Plaintiff is awarded judgment as follows:

1. Plaintiff Kevin Cole is awarded Judgment against Defendants in the amount of $57,371.91;

2. Plaintiffs' Counsel, Werman Law Office, P.C., is awarded attorneys' fees in the total amount $16,997.47 and costs in the amount of $429.10. (Douglas Werman, 26.52/hrs @ $450.00/hour, Maureen A. Bantz, 14.69/hrs @$230.00/hour, Jacqueline H. Villanueva, 10.20/hrs @ $125.00/hour, and Cristina Calderon, 3.34/hrs @ $125.00/hour.)

ENTERED: AUG 27 2007

_____
Judge Ashman
United States District Court