**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN COLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06 C 0719 |
| | ) | |
| DKBM, INC., DAVID KIM, individually, and | ) | Judge Filip |
| GREENERS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR JUDGMENT ORDER**

Plaintiff, Kevin Cole, through his counsel, moves for a Judgment Order in the amount of $57,371.91. Plaintiff's counsel Douglas M. Werman moves for an award of attorneys' fees in the amount of $16,997.47 and costs in the amount of $429.00. In support of this motion, Plaintiff states as follows:

1.    On February 7, 2006, Plaintiff filed his Complaint against Defendants DKBM, Inc and David Kim, individually, for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA") and the Illinois Minimum Wage Law, 820 ILCS § 105/1 *et seq.* ("IMWL") and for Defendants' unlawful termination of Plaintiff for expressing his rights under the FLSA. *See* Dkt. No. 1.

2.    On February 14, 2006, Plaintiff filed a First Amended Complaint. *See* Dkt. No. 2.

3.    On December 11, 2006, Plaintiff and Defendants DKBM, Inc. and David Kim consented to Magistrate Judge Ashman.

3.    On January 23, 2007, Plaintiff moved to file a Second Amended Complaint pursuant to Fed. R. Civ. P. 15 to include Defendant Greeners, Inc. *See* Dkt. No.42.

4.    On January 30, 2007, Plaintiff was granted leave to file the Second Amended

Complaint. *See* Dkt. No. 45.

5.     On February 1, 2007, a Summons was issued to Defendant Greeners, Inc. *See* Dkt. No. 47 and 49. On February 5, 2007 Special Process Server R. Marshall Grady of Stern Process & Investigation, LLC obtained corporate service on Defendant Greeners, Inc. *See* Exhibit A, Dkt. No. 52.

6.     On March 21, 2007, Plaintiff filed a Motion for Default against Defendant Greeners, Inc. *See* Dkt. No. 52. The basis for Plaintiff's motion was Defendant Greeners, Inc.'s failure to answer the Second Amended Complaint. *Id.*

7.     On April 5, 2007, this Court granted Plaintiff's Motion for Default against Defendant Greeners, Inc. *See* Dkt. No. 54.

8.     On July 26, 2007, Magistrate Judge Ashman found Defendants DKBM, Inc. and David Kim in default. *See* Dkt. No. 64.

9.     On August 27, 2007, Magistrate Judge Ashman entered a Judgment Order against Defendants DKBM, Inc. and David Kim awarding Plaintiff an award of $57,371.91 and an award of attorneys' fees to Plaintiffs' counsel, Werman Law Office P.C., in the amount of $16,997.47 and costs in the amount of $429.10. *See* Dkt. No. 74.

10.     Plaintiff alleges in the Second Amended Complaint (Dkt. No. 46) that all Defendants are a joint employer and a common enterprise. Thus, Plaintiff requests that the Judgment Order entered by Magistrate Judge Ashman be adopted by and entered by this Court against Defendant Greeners, Inc. (See Exhibit A, attached hereto)

WHEREFORE, Plaintiff requests that a Judgment Order be entered in the form attached hereto as Exhibit A.

Respectfully submitted,

Dated: January 31, 2008

s/Douglas M. Werman
DOUGLAS M.WERMAN (ARDC #6204740)
MAUREEN A. BANTZ (ARDC #6289000)
CARLOS G. BECERRA (ARDC #6285722)
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Attorneys for Plaintiff

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN COLE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06 C 0719 |
| | ) |
| DKBM, INC., DAVID KIM, individually, and | ) Magistrate Judge Ashman |
| GREENERS, INC., | ) |
| | ) |
| Defendants. | ) |

### JUDGMENT ORDER

This matter coming before the Court for a prove-up of Plaintiff's damages following entry of an Order of Default against Defendants, Notice having been given to Defendants, the Court having reviewed the Declaration of Plaintiff,

IT IS HEREBY ORDERED that Plaintiff is awarded judgment as follows:

1. Plaintiff Kevin Cole is awarded Judgment against Defendants in the amount of $57,371.91;

2. Plaintiffs' Counsel, Werman Law Office, P.C., is awarded attorneys' fees in the total amount $16,997.47 and costs in the amount of $429.10. (Douglas Werman, 26.52/hrs @ $450.00/hour, Maureen A. Bantz, 14.69/hrs @$230.00/hour, Jacqueline H. Villanueva, 10.20/hrs @ $125.00/hour, and Cristina Calderon, 3.34/hrs @ $125.00/hour.)

ENTERED: **AUG 2 7 2007**

_____
Judge Ashman
United States District Court

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Plaintiff's Motion for Judgment Order** was served via regular U.S. mail on January 31, 2008 on:

DKBM, Inc. c/o
David Kim
1727 W. Augusta Blvd., 2nd Floor
Chicago, IL  60622


Greeners, Inc. c/o
David Kim
1727 W. Augusta Blvd., 2nd Floor
Chicago, IL  60622

David Kim, Individually
1727 W. Augusta Blvd., 2nd Floor
Chicago, IL  60622


s/Douglas M. Werman
Douglas M. Werman